UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                                          )
Eugene Scalia, Secretary of Labor,             )
United States Department of Labor,            )
                                                          )    Case No. 1:19-CV-00660-AJ
        Plaintiff,                                       )
                                                          )
        v.                                                )
                                                          )
Local 230, American Postal Workers Union, )
                                                          )
        Defendant.                                    )
_____)

NOTICE OF CERTIFICATION OF ELECTION

        Pursuant to the Stipulation of Settlement and Order filed by the parties on October 17,

2019, and granted by this Court on October 21, 2019, attached as Exhibit A is a Certification of

Election signed by Chief Brian A. Pifer of the United States Department of Labor, a Declaration

attached to the Exhibit, and a proposed Order.

                                        Respectfully submitted,

                                        SCOTT W. MURRAY
                                        United States Attorney


                                        By:  /s/ Michael McCormack
                                        Michael McCormack
                                        Assistant U.S. Attorney, NH Bar No. 16470
                                        U.S. Attorney's Office
                                        53 Pleasant Street
                                        Concord, NH  03301
                                        (603) 225-1552
                                        Michael.mccormack2@usdoj.gov

Dated:  April 6, 2020